UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DANTE NICHOLAS

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-574(NSR)

Defendant __DANTE NICHOLAS__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

__X__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Dante Nicholas by JCM on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

DANTE NICHOLAS
Print Defendant's Name

Defendant's Counsel's Signature

AARON M. GOLDSMITH, ESQ.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/11/2021
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge