# LAW OFFICE OF
# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
aarongoldsmithlaw@gmail.com

★ Admitted in NY and CT

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2021

Deft.'s application is GRANTED without objection of the Gov't and Pretrial Services. Clerk of Court requested to terminate the motion (doc. 68).
Dated: August 31, 2021
White Plains, NY

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

August 30, 2021

*Via ECF*
US DISTRICT COURT, SDNY
Hon. Nelson S. Roman, USDJ
300 Quarropas St.
White Plains, NY 10601

Re: US v Dante Nicholas
Docket No.: 20 CR 574 (NSR)-04

Dear Honorable Sir:

As you know, I represent Defendant DANTE NICHOLAS in the above-referenced matter.

Please accept this correspondence as a request for a permanent modification of Mr. Nicholas' release conditions. Mr. Nicholas is on home confinement with electronic monitoring. I have discussed with Pre-Trial Services and the Government the opportunity for Mr. Nicholas to go outside of his house to walk his dog on his and along the adjacent properties, as long as he provides notice to the EM unit when he is stepping outside to do so.

Neither Mr. Barrios from Pre-Trial Services nor Mr. Brumwell from the Government have any objections.

Thank you for your time and consideration. Should you have any further questions or concerns, please feel free to contact the undersigned.

Very truly yours,

s/Aaron M. Goldsmith

cc: C. Brumwell, AUSA
    L. Barrios, USPTS