**MEMO ENDORSED**

# LAW OFFICE OF
# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
*aarongoldsmithlaw@gmail.com*

★ Admitted in NY and CT

> Def.'s application for a permanent modification of his release conditions is DENIED without prejudice. Clerk of Court is respectfully requested to terminate the motion (doc. 75).
> Dated: White Plains, NY
>         Dec. 9, 2021
>
> SO ORDERED:
> /s/ Hon. Nelson S. Roman
> UNITED STATES DISTRICT JUDGE

December 1, 2021

*Via ECF*
US DISTRICT COURT, SDNY
Hon. Nelson S. Roman, USDJ
300 Quarropas St.
White Plains, NY 10601

Re: US v Dante Nicholas
Docket No.: 20 CR 574 (NSR)-04

Dear Honorable Sir:

As you know, I represent Defendant DANTE NICHOLAS in the above-referenced matter.

Please accept this correspondence as a request for a permanent modification of Mr. Nicholas' release conditions. Mr. Nicholas is on home confinement with location monitoring. I have discussed with Pre-Trial Services and the Government the opportunity for Mr. Nicholas to have **the condition of Home Detention enforced by location monitoring lifted**, with all other conditions to remain.

Neither Mr. Barrios from Pre-Trial Services nor Mr. Gianforte from the Government have any objections.

Thank you for your time and consideration. Should you have any further questions or concerns, please feel free to contact the undersigned.

Very truly yours,

/s/ Aaron M. Goldsmith

cc: C. Brumwell, AUSA
    L. Barrios, USPTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2021